# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **THOMAS PAUL BRICHETTO, JR.** )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,**)<br>)<br>Respondent. ) | No. 2:03-CR-00024-GZS |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 28, 2013, her Recommended Decision (ECF No. 162). Movant filed his Objection to the Recommended Decision ECF No. 164) on September 16, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Movant's Motion to Re-open his Habeas Petition under 28 U.S.C. §2255 is **DENIED WITHOUT PREJUDICE** to Movant's right to file a new 28 U.S.C. §2255 motion should Movant ever obtain the First Circuit Court of Appeal's certification to do so.

3. It is hereby **ORDERED** that a certificate of appealability shall not issue in the event that Movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c).

/s/George Z. Singal
U.S. District Judge

Dated this 7th day of October, 2013.